[No. 8745-2-I.   Division One.   December 28, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY
JOE CROPLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79-1-00664-1, Stephen M. Reilly, J., entered
March 26, 1980. *Affirmed* by unpublished opinion per

Durham, J., concurred in by Ringold, A.C.J., and Andersen, J.